UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIENEKE E. FARROW** <br> on behalf of herself and all <br> those similarly situated | * <br><br> * | **CIVIL ACTION** <br><br> **NO. 2:15-cv-07148** |
| **versus** | * | **JUDGE LEMELLE** |
| **AMMARI OF LOUISIANA, LTD.** <br> **d/b/a CREOLE CUISINE RESTAURANT** <br> **CONCEPTS** | * <br><br> * | **MAGISTRATE** <br> **KNOWLES** |

\* \* \* \* \* \* \* \*

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

**NOW COME** Plaintiffs and Defendant, Ammari of Louisiana, Ltd. d/b/a Creole Cuisine Restaurant Concepts who jointly move this Court to enter the attached Protective Order for purposes of protecting confidential, personal information of non-parties.[1] Each aforementioned party consents to the entry of the Protective Order as evidenced by the signatures of counsel below.

**WHEREFORE**, Plaintiffs and Defendant, Ammari of Louisiana, Ltd. d/b/a Creole Cuisine Restaurant Concepts pray that this Court enter the attached Protective Order.

---

[1] Defendant respectfully notes that this Joint Motion for Protective Order is not in lieu of its Motion for Protective Order filed on May 12, 2017 (R. Doc. 61).

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Kate C. Brownlee*
**LESLIE A. LANUSSE (No. 14115)**
**LAUREN L. TAFARO (No. 29320)**
**KATE C. BROWNLEE** (**No. 35062**)
701 Poydras Street, 4500 One Shell Square
New Orleans, Louisiana 70139
Telephone:  504-582-3234
Facsimile:  504-566-0210
Leslie.Lanusse@arlaw.com
Lauren.Tafaro@arlaw.com
Kate.Brownlee@arlaw.com

*Counsel for Defendant*, Ammari of Louisiana, LTD d/b/a Creole Cuisine Restaurant Concepts

and

**V**ASQUEZ LAW OFFICE

  */s/Jessica Vasquez*
JESSICA VASQUEZ (No. 27124)
400 Poydras Street, Ste 900
New Orleans, Louisiana 70130
Telephone:  504-571-9582
Facsimile:  504-684-1449
E-mail: jvasquez@vasquezlawoffice.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by filing the same in this Court's CM/ECF System this 31st day of May, 2017.

*/s/ Kate C. Brownlee*
KATE C. BROWNLEE