UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIENEKE E. FARROW** | * | **CIVIL ACTION** |
| on behalf of herself and all | | |
| those similarly situated | * | **NO. 2:15-cv-07148** |
| | | |
| **versus** | * | **JUDGE LEMELLE** |
| | | |
| **AMMARI OF LOUISIANA, LTD.** | * | **MAGISTRATE** |
| **d/b/a CREOLE CUISINE RESTAURANT** | | **KNOWLES** |
| **CONCEPTS** | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION FOR APPROVAL OF THE SETTLEMENT
## AND TO DISMISS CLAIMS WITH PREJUDICE

Plaintiffs, Reineke Farrow, Matthew Hunter, Judah Nero, Alphonse Honore, Shameka Brown, Tevin Butler, Mia Johnson, Wil'shon Givens and Di'Shea Brown, on behalf of themselves and all others similarly situated, and Defendant, Ammari of Louisiana, Ltd. d/b/a Creole Cuisine Restaurant Concepts, through their undersigned counsel, jointly move this Court to approve the Parties' stipulated settlement of the claims brought under the Fair Labor Standards Act ("FLSA") and Louisiana state law to which the Parties and their counsel have agreed and to enter a dismissal of all claims with prejudice. In support of this Joint Motion, they state as follows:

1. This matter involves an individual and a requested collective action claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") brought by Plaintiffs against Defendant, Ammari of Louisiana, Ltd. d/b/a Creole Cuisine Restaurant Concepts, for failure to pay for hours spent working off-the-clock and over forty hours in a week at a rate of one and one half times their regular rate of pay and for improper use of the tip credit which resulted in the failure to pay minimum wage.

2. The Parties agreed to a compromise as reflected in the Confidential Stipulation of Settlement of a Collective Action ("Stipulation") which resolves all claims in this litigation except for a claim for attorneys' fees and costs.

3. The purpose of the instant Motion is to request the Court to review and approve the Stipulation that would resolve and finalize the collective action settlement.

WHEREFORE, Plaintiffs and Defendant move this Court to approve the settlement of all claims and enter a dismissal with prejudice of said claims.

Respectfully submitted,

**VASQUEZ LAW OFFICE**

*/s/  JESSICA VASQUEZ*
**JESSICA M. VASQUEZ (No. 27124)**
400Poydras Street, 900
New Orleans, Louisiana 70130
Telephone:       504-571-9582
Facsimile:        504-684-1449
jvasquez@vasquezlawoffice.com
***Counsel for Plaintiffs***

-and-

**ADAMS AND REESE LLP**

*/s/  Lauren L. Tafaro*
**LESLIE A. LANUSSE (No. 14115)**
**LAUREN L. TAFARO (No. 29320)**
701 Poydras Street, 4500 One Shell Square
New Orleans, Louisiana 70139
Telephone:       504-582-3234
Facsimile:        504-566-0210
Leslie.Lanusse@arlaw.com
Lauren.Tafaro@arlaw.com
   ***Counsel for Defendant***, Ammari of Louisiana, LTD
   d/b/a Creole Cuisine Restaurant Concepts

## **CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this _19th___ day of September 2017, I served a copy of the foregoing Joint Motion for Approval of the Settlement and to Dismiss Claims with Prejudice on all counsel of record by filing of the same in this Court's CM/ECF System.

                */s/* Jessica Vasquez
                Jessica Vasquez