UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIENEKE E. FARROW** | * | CIVIL ACTION |
| **on behalf of herself and all** | * | |
| **those similarly situated** | * | NO. 2:15-cv-07148 |
| | * | |
| **versus** | * | JUDGE LEMELLE |
| | * | |
| **AMMARI OF LOUISIANA, LTD.** | * | MAGISTRATE KNOWLES |
| **d/b/a CREOLE CUISINE** | * | |
| **RESTAURANTCONCEPTS** | * | |

**EXHIBIT 2- SEALED DOCUMENT**

DOCUMENTS SUBMITTED MANUALLY

SEALED BY COURT ORDER (R.DOC 91)