UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RIENEKE E. FARROW**                                               **CIVIL ACTION**

**VERSUS**                                                          **NO. 15-7148**

**AMMARI OF LOUISIANA, LTD.**                                       **SECTION "B"(3)**

ORDER APPROVING SETTLEMENT

Considering the "Joint Motion for Approval of the Settlement and to Dismiss Claims with Prejudice" (Rec. Doc. 112), the facts supporting the fairness and reasonableness of the proposed settlement confected by the Parties, and the law, along with supplemental material received today for a claimant (W. Givens) who recently signed the settlement agreement, and confirmation and approval of all parties settlement of all claims for attorney's fees and costs,

**IT IS HEREBY ORDERED** that the settlement be and is hereby **APPROVED**.

**IT IS FURTHER ORDERED** that all claims are **DISMISSED WITH PREJUDICE**, each party to bear their own costs, except as provided in the Confidential Receipt, Release and Settlement Agreement filed under seal. Claimants and defendant have also reached firm agreement in full compromise of all claims for attorney's fees and costs. This agreement has been reached and approved through prior negotiations before the Magistrate Judge.

**IT IS FURTHER ORDERED** that all pending motions are **DISMISSED AS MOOT**. *See e.g.*, Rec. Docs. 97, 110.

**IT IS FURTHER ORDERED** that, after confirmation today of all of the above orders with parties' counsel of record, the settlement is approved as fair and reasonable without need of an in-person hearing. Written documentation, without objection, sufficiently forms the basis for the forgoing approval. In view of above, there is no need to appear at tommorrow's proceedings.

New Orleans, Louisiana, this 25th day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE